# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

GERMAN ALONSO GARCIA-QUINTERO (1)
AKA: JAVIER ECHEVERRIA-CORONA

Defendant.

Case No. 20-cr-862-GPC-1

JUDGMENT OF DISMISSAL

FILED

MAR 18 2020

SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty; or

☒ of the offense(s) as charged in the Indictment/Information:

Ct 1 - 8:1324(a)(2)(B)(ii);18:2 - ringing In Aliens and Aiding and Abetting (Felony)

☒

Dated: 3/18/2020

Hon. Mitchell D. Dembin
United States Magistrate Judge